1  NOAH A. KATSELL (Bar No. 217090)
   noah.katsell@dlapiper.com
2  **DLA PIPER LLP (US)**
   401 B Street, Suite 1700
3  San Diego, CA 92101-4297
   Tel: 619.699.2700 / Fax: 619.699.2701
4
   RACHELLE SILVERBERG (*pro hac vice*, NY 2614063)
5  rsilverberg@wlrk.com
   **WACHTELL, LIPTON, ROSEN & KATZ**
6  51 West 52nd Street
   New York, NY 10019
7  Tel: 212.403.1000

8  *Attorneys for Defendants*

9  PAULA R. BROWN (Bar No. 254142)
   pbrown@bholaw.com
10 **BLOOD HURST & O'REARDON, LLP**
   501 West Broadway, Suite 1490
11 San Diego, CA 92101
   Tel: 619.338.1100 / Fax: 619338.1101
12
   DAVID E. BOWER (Bar No. 119546)
13 dbower@monteverdelaw.com
   **MONTEVERDE & ASSOCIATES PC**
14 600 Corporate Pointe, Suite 1170
   Culver City, CA 90230
15 Tel: 213.446.6652

16 *Attorneys for Lead Plaintiffs*

17

# UNITED STATES DISTRICT COURT

18

# SOUTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20 KURT ZIEGLER and DANIEL BRADY, Individually and on Behalf of All Others Similarly Situated, | CASE NO. 3:21-CV-01019-BAS-MSB |
| 22               Plaintiff, | **JOINT STATUS REPORT AND NOTICE OF SETTLEMENT** |
| 23       v. | Judge: Hon. Cynthia A. Bashant |
| 24 GW PHARMACEUTICALS, PLC, JUSTIN GOVER, GEOFFREY GUY, CABOT BROWN, DAVID GRYSKA, CATHERINE MACKEY, JAMES NOBLE, ALICIA SECOR, and LORD WILLIAM WALDEGRAVE, | Ctrm: 4B (4th Floor, Ste. 4145) |
| | Complaint Filed: May 27, 2021 |
| 27               Defendants. | |
| 28 | |

On September 2, 2022, the parties filed a joint motion to stay the action in light of a mediation session scheduled for December 7, 2022.  (Doc. No. 25.)  On September 12, 2022, the Court issued an order temporarily staying the proceedings until December 7, 2022, and directed the parties to file a joint status report advising the Court of the outcome of the mediation on or before December 15, 2022.  (Doc. No. 26.)

On December 15, 2022, the parties filed a status report and joint motion advising the Court that the mediation was not successful but that negotiations remained ongoing, and requested that the Court extend the stay of proceedings until mid-January 2023.  (Doc. Nos. 27-28.)  On December 16, 2022, the Court issued an order extending the stay of proceedings until January 14, 2023, and directed the parties to file a joint status report advising the Court of the status of the negotiations on or before January 21, 2023.  (Doc. No. 29.)

The parties are pleased to inform the Court that they have reached a settlement in principle in the action. The parties expect to be able to file the stipulation of settlement and motion for preliminary approval of the settlement within 60 days.

Dated: January 19, 2023

**BLOOD HURST & O'REARDON, LLP**

By: */s/ Paula R. Brown*
PAULA R. BROWN

Dated: January 19, 2023

**MONTEVERDE & ASSOCIATES PC**

By: */s/ David E. Bower*
DAVID E. BOWER

Attorney for Lead Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: January 19, 2023 | **DLA PIPER LLP (US)** |
| 2 | | |
| 3 | | By: */s/ Noah A. Katsell* |
| 4 | | NOAH A. KATSELL<br>Attorney for Defendants |
| 5 | | |
| 6 | Dated: January 19, 2023 | **WACHTELL, LIPTON, ROSEN & KATZ** |
| 7 | | By: */s/ Rachelle Silverberg* |
| 8 | | RACHELLE SILVERBERG |
| 9 | | (*pro hac vice*)<br>Attorney for Defendants |

3

## CERTIFICATION OF SIGNATURES

I, DAVID E. BOWER, am the ECF User whose ID and password is being used to file this Joint Status Report and Notice of Settlement. In compliance with Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that Rachelle Silverberg, Noah A. Katsell and Paula R. Brown have concurred in the content of this Joint Status Report and have authorized its filing.

Executed on January 19, 2023, at San Diego, California.

/s/ David E. Bower
DAVID E. BOWER