# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT ZIEGLER and DANIEL BRADY, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GW PHARMACEUTICALS, PLC, et al.,<br><br>Defendants. | Case No.: 21cv1019-BAS (MSB)<br><br>**ORDER SETTING SETTLEMENT DISPOSITION CONFERENCE AND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

In a "Joint Status Report and Notice of Settlement" dated January 19, 2023, the parties informed the Court that they settled the case and require sixty days to file their stipulation of settlement and motion for preliminary approval of the settlement. (ECF No. 34 at 2.) In light of the foregoing, the Court **ORDERS** the parties to file a motion for preliminary approval of class settlement no later than **March 20, 2023**. A proposed order granting the motion must be e-mailed to the assigned district judge's chambers[1] on the same day.

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.

**If the motion for preliminary approval of class settlement is not filed by March 20, 2023**, then **all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **March 23, 2023** at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg.  If the parties file a motion for preliminary approval of class settlement on or before **March 20, 2023**, the Settlement Disposition Conference will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file a motion for preliminary approval of class settlement in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  January 25, 2023

Honorable Michael S. Berg
United States Magistrate Judge