1 PAULA R. BROWN (Bar No. 254142)
pbrown@bholaw.com
2 **BLOOD HURST & O'REARDON, LLP**
501 West Broadway, Suite 1490
3 San Diego, CA 92101
Tel: 619.338.1100 / Fax:  619.338.1101
4

5 David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
6 Culver City, CA 90230
Tel: (213) 446-6652
7 Fax: (212) 202-7880

8 *Attorneys for Lead Plaintiffs*
*and the Putative Class*
9

**UNITED STATES DISTRICT COURT**
10 **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

11 | | |
|---|---|
| | Case No: 3:21-cv-01019-BAS-MSB |
| KURT ZIEGLER, and DANIEL BRADY, Individually and on Behalf of All Others Similarly Situated, | **LEAD PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, AND APPROVAL OF THE NOTICE TO THE CLASS** |
| Plaintiffs, | |
| v. | Judge:    Hon. Cynthia A. Bashant |
| GW PHARMACEUTICALS, PLC, JUSTIN GOVER, GEOFFREY GUY, CABOT BROWN, DAVID GRYSKA, CATHERINE MACKEY, JAMES NOBLE, ALICIA SECOR, and LORD WILLIAM WALDEGRAVE, | Date:    April 24, 2023 |
| | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| Defendants. | |

12
13
14
15
16
17
18
19
20

21        PLEASE TAKE NOTICE THAT, on April 24, 2023,[1] or as soon thereafter as
22 counsel may be heard, Lead Plaintiffs Kurt Ziegler and Daniel Brady ("Lead Plaintiffs")
23 will make a motion before the Honorable Cynthia A. Bashant, United States District
24 Judge for the Southern District of California, at 333 West Broadway, San Diego,
25

26 _____
[1] Pursuant to the Court Order dated January 25, 2023 (ECF No. 36), Plaintiffs file
27 their motion for preliminary approval of class settlement by March 20, 2023.

28

California 92101 for an order: (1) preliminarily approving the terms of the proposed Settlement as set forth in the Stipulation;[2] (2) conditionally certifying the Settlement Class for purposes of providing notice; (3) approving the form and method for providing notice of the proposed Settlement and Final Approval Hearing to the Settlement Class; and (4) scheduling the Final Approval Hearing at which the Court will consider the request for final approval of: (a) the proposed Settlement, (b) final certification of the Settlement Class, Lead Plaintiffs, and Lead Counsel, (c) the proposed Plan of Allocation, and (d) Lead Counsel's application for an award of attorneys' fees and expenses, including any award to Lead Plaintiffs for their representation of the Settlement Class.

The motion is made pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3), and 23(e) on the grounds that the proposed Settlement is within the range of what is fair, reasonable, and adequate, such that notice of its terms may be disseminated to members of the proposed Settlement Class and a hearing for final approval of the proposed Settlement scheduled.

In support of this motion, Lead Plaintiffs submit the accompanying brief and the declaration of David E. Bower and the exhibits thereto, including the Stipulation and its exhibits.

DATED: March 20, 2023

Respectfully submitted,

*/s/ Paula R. Brown*

Paula R. Brown (Bar No. 254142)
**BLOOD HURST & O'REARDON, LLP**
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619.338.1100 / Fax:  619.338.1101
Email: pbrown@bholaw.com

---

[2] All capitalized terms not defined herein have the same meanings set forth in the Stipulation of Settlement dated March, 16, 2023 ("Stipulation") and filed herewith as Exhibit 1 to the Declaration of David E. Bower ("Bower Decl.").

1

2

**OF COUNSEL**

3      **KAHN SWICK & FOTI, LLC**
Michael Palestina

4      1100 Poydras Street, Suite 960
New Orleans, LA 70163

5      Tel: (504) 455-1400
Fax: (504) 455-1498

6      michael.palestina@ksfcounsel.com

7      *Lead Counsel for Lead Plaintiffs*
*and the Putative Class*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

         /s/ David E. Bower

David E. Bower SBN 119546
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (310) 446-6652
Fax: (212) 202-7880
Email: dbower@monteverdelaw.com


**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: (212) 971-1341
Email: jmonteverde@monteverdelaw.com

*Lead Counsel for Lead Plaintiffs and the*
*Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 20, 2023.

*s/  Paula R. Brown*

PAULA R. BROWN
BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
pbrown@bholaw.com