1  PAULA R. BROWN (Bar No. 254142)
2  pbrown@bholaw.com
   **BLOOD HURST & O'REARDON, LLP**
3  501 West Broadway, Suite 1490
   San Diego, CA 92101
4  Tel: 619.338.1100 / Fax: 619.338.1101

5  David E. Bower (SBN 119546)
6  **MONTEVERDE & ASSOCIATES PC**
   600 Corporate Pointe, Suite 1170
7  Culver City, CA 90230
8  Tel: (213) 446-6652
   Fax: (212) 202-7880
9
   *Attorneys for Lead Plaintiffs*
10 *and the Putative Class*

11           **IN THE UNITED STATES DISTRICT COURT**
12           **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

13 KURT ZIEGLER and DANIEL
14 BRADY, Individually and on Behalf of        Case No: 3:21-cv-01019-BAS-MSB
   All Others Similarly Situated,
15
16                      Plaintiffs,            **LEAD PLAINTIFFS' NOTICE OF**
                                               **MOTION FOR FINAL APPROVAL**
17           v.                                **OF SETTLEMENT AND PLAN OF**
                                               **ALLOCATION**
18 GW PHARMACEUTICALS, PLC,
19 JUSTIN GOVER, GEOFFREY GUY,                 Date: December 11, 2023
   CABOT BROWN, DAVID GRYSKA,                  Time: 11:00 a.m.
20 CATHERINE MACKEY, JAMES                     Location: Courtroom 12B
   NOBLE, ALICIA SECOR, and LORD
21 WILLIAM WALDEGRAVE,
                                               Judge: Hon. Cynthia Bashant
22
                        Defendants.
23
24
25
26
27
28

PLEASE TAKE NOTICE that on Monday, December 11, 2023, at 11:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Cynthia Bashant, United States District Court Judge for the Southern District of California, Courtroom 12B at 333 West Broadway, San Diego, California 92101, Lead Plaintiffs, Kurt Ziegler and Daniel Brady ("Lead Plaintiffs"), on behalf of themselves and the Settlement Class,[1] will and hereby do move for: (1) entry of the Final Judgment and Order of Dismissal With Prejudice, approving the proposed Settlement and dismissing the Action with prejudice; and (2) approval of the proposed Plan of Allocation to distribute the Settlement Fund; and (3) final certification of the Settlement Class, for the purpose of settlement only.

The grounds for this motion are that the proposed Settlement and Plan of Allocation are fair, reasonable, and adequate, such that final approval is warranted, and that the Settlement Class should be finally certified because the requirements of Fed. R. Civ. P. 23 remain satisfied.

This motion is supported by the following memorandum of points and authorities, the accompanying Declaration of Juan E. Monteverde ("Monteverde Decl.") and the exhibits thereto, Lead Plaintiffs' Motion for Preliminary Approval of the Settlement and the accompanying exhibits thereto, and such other and further representations as may be made by counsel at any hearing on this matter.

---

[1] All capitalized terms not defined herein have the same meanings as set forth in the Stipulation of Settlement dated March 16, 2023 ("Stipulation") and filed as Exhibit 1 to the Declaration of Juan E. Monteverde filed in Support of Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation and Motion for Attorneys' Fees and Expenses and Awards for Class Representatives.

DATED: November, 6, 2023

Respectfully submitted,

   */s/ Paula R. Brown*
Paula R. Brown (Bar No. 254142)
**BLOOD HURST & O'REARDON, LLP**
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619.338.1100 / Fax: 619.338.1101
Email: pbrown@bholaw.com

**OF COUNSEL**

**KAHN SWICK & FOTI, LLC**
Michael Palestina
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Tel: (504) 455-1400
Fax: (504) 455-1498
michael.palestina@ksfcounsel.com

*Lead Counsel for Lead Plaintiffs and the Settlement Class*

   */s/ David E. Bower*
David E. Bower SBN 119546
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (310) 446-6652
Fax: (212) 202-7880
Email: dbower@monteverdelaw.com

-And-

Juan E. Monteverde
**MONTEVERDE & ASSOCIATES PC**
The Empire State Building
350 Fifth Avenue, Suite 4740
New York, New York 10118
Tel: (212) 971-1341
Email: jmonteverde@monteverdelaw.com

*Lead Counsel for Lead Plaintiffs and the Settlement Class*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 6, 2023.

*s/ Paula R. Brown*
PAULA R. BROWN

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
pbrown@bholaw.com

BLOOD HURST & O' REARDON, LLP