

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Kurt Ziegler, on Behalf of Themselves and All Others Similarly Situated; Daniel Brady, on Behalf of Themselves and All Others Similarly Situated

**Plaintiff,**

V.

See attachment

**Defendant.**

Civil Action No.   21-cv-1019-BAS-MSB

**AMENDED**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons stated both in this order as well as the Court's Preliminary Approval Order, the Court (1) GRANTS Plaintiffs' Motion for Final Approval of Class Settlement (ECF No. 47); and (2) GRANTS Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards (ECF No. 48).

The Court hereby DISMISSES WITH PREJUDICE, without costs to any party, except as expressly provided for in the Settlement Agreement, the instant action, as defined in the Settlement Agreement.

**Date:**   4/4/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M.Williams

M.Williams, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 21-cv-1019-BAS-MSB

Defendants: GW Pharmaceuticals, PLC; Justin Gover; Geoffrey Guy; Cabot Brown; David Gryska; Catherine Mackey; James Noble; Alicia Secor; Lord William Waldegrave;